# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Ryan Paul Madison, ) | Case No. 1:23-po-012 |
| ) | |
| Defendant. ) | |

Defendant is charged in an Information with two Class B Misdemeanors: (1) Damaging a Natural Feature or Property of the United States and (2) Maintaining a Road on National Forest System Lands without a Special-Use Authorization. (Doc. No. 1).

On November 6, 2023, the United States filed a Motion to Dismiss Information without prejudice pursuant to Fed. R. Crim P. 48(a). (Doc. No. 7). The court **GRANTS** the United States' motion (Doc. No. 7) and **DISMISSES** the Information without prejudice.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2023.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court